**Order issued April 29, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-13-00888-CR

---

### JOE LYNN WILLIS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

## O R D E R

Before Chief Justice Wright and Justices Myers and Evans

Based on the Court's opinion of this date, we **GRANT** the January 22, 2014 motion of Kathleen A. Walsh for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Kathleen A. Walsh as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Joe Lynn Willis, TDCJ No. 1865938, Wheeler State Jail, 986 County Road AA, Plainview, Texas, 79072.

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE